**Leta E. Gorman,** OSB # 984015
E-mail: leta.gorman@jordanramis.com
**Christopher L. Reive**, OSB # 833058
E-mail: chris.reive@jordanramis.com
JORDAN RAMIS PC
Attorneys at Law
Two Centerpointe Dr 6th Flr
Lake Oswego OR 97035
Telephone: (503) 598-7070
Facsimile: (503) 598-7373
    Attorneys for Plaintiff Siltronic Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SILTRONIC CORPORATION, a Delaware corporation**,<br><br>    Plaintiff,<br><br>    v.<br><br>**EMPLOYERS INSURANCE COMPANY OF WAUSAU, a Wisconsin corporation; GRANITE STATE INSURANCE COMPANY, a Pennsylvania corporation; CENTURY INDEMNITY COMPANY, a Pennsylvania corporation; and FIREMAN'S FUND INSURANCE COMPANY, a California corporation**,<br><br>    Defendants. | Case No. 3:11-CV-1493-ST<br><br>STIPULATED MOTION TO DISMISS CENTURY INDEMNITY COMPANY AND FIREMAN'S FUND INSURANCE COMPANY WITHOUT PREJUDICE |

Pursuant to Fed.R.Civ.P. 41(a)(2), and as evidenced by the signatures below, Siltronic Corporation, Century Indemnity Company, and Fireman's Fund Insurance Company, hereby stipulate and move this Court to dismiss Siltronic's claims against Century and Fireman's Fund without prejudice and without fees or costs to any party.

Respectfully submitted,

DATED: March 27, 2015   JORDAN RAMIS P.C.

By: */s/ Leta E. Gorman*
CHRISTOPHER L. REIVE
LETA E. GORMAN
Attorneys for Plaintiff Siltronic Corporation

DATED: March 27, 2015   ABBOTT LAW GROUP, P.C.

By: */s/ Gary V. Abbott*
GARY V. ABBOTT
KLARICE A. BENN
Attorneys for Defendant Fireman's Fund Insurance Company

DATED: March 27, 2015   SOHA & LANG PS

By: */s/ Geoffrey Bedell*
GEOFFREY BEDELL
STEVEN SOHA
Attorneys for Defendant Century Indemnity Company

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS CENTURY INDEMNITY COMPANY AND FIREMAN'S FUND INSURANCE COMPANY WITHOUT PREJUDICE on:

> Bryan M. Barber
> Barber Law Group
> 525 University Ave Ste 600
> Palo Alto CA 94301-1921
> Facsimile: (415) 273-2940
> E-mail: bbarber@barberlg.com
>     Attorneys for Defendant Employers Insurance Company of Wausau
>
> Barry J. Goehler
> Law Office of Barry J. Goehler
> 1001 SW 5th Ave Ste 1530
> Portland OR 97204
> Facsimile: (503) 820-2513
> E-mail: goehleb@nationwide.com
>     Attorneys for Defendant Employers Insurance Company of Wausau
>
> Thomas W. Brown
> Cosgrave Vergeer Kester LLP
> 888 SW Fifth Ave Ste 500
> Portland OR 97204
> Facsimile: (503) 323-9019
> E-mail: tbrown@cosgravelaw.com
>         Attorneys for Defendant Granite State Insurance Company
>
> W. David Campagne
> Stephen R. Wong
> Sinnott, Puebla, Campagne & Curet APLC
> Two Embarcadero Center, Ste 1410
> San Francisco CA 94111-3821
> Facsimile: (415) 352-6224
> E-mail: dcampagne@spcclaw.com
> E-mail: swong@spcclaw.com
>         Attorneys for Defendant Granite State Insurance Company

CERTIFICATE OF SERVICE

*46454-38912* 1159061_*2.DOCX*\BJC/3/27/2015

Gary V. Abbott
Klarice A. Benn
Abbott Law Group, P.C.
215 SW Washington Street, Suite 300
Portland OR 97204
Facsimile: (503) 595-9519
E-mail: gabbott@abbott-law.com
E-mail: kbenn@abbott-law.com
    Attorneys for Defendant Fireman's Fund Insurance Company

Steven Soha
Soha & Lang PS
1325 Fourth Ave Ste 2000
Seattle WA 98101-2570
Facsimile: (206) 624-3583
E-mail: soha@sohalang.com
    Attorneys for Defendant Century Indemnity Company

☐ by first class mail, postage prepaid.

☐ by hand delivery.

☐ by facsimile transmission.

☐ by facsimile transmission and first class mail, postage prepaid.

☒ by ECF.

DATED: March 27, 2015.

/s/ Leta E. Gorman
Leta E. Gorman, OSB # 984015
Of Attorneys for Plaintiff Siltronic Corporation

CERTIFICATE OF SERVICE

*46454-38912* 1159061_*2.DOCX*\BJC/3/27/2015