

Myron Burr
Sr. Mgr. EHS

Siltronic Corporation
7200 NW Front Avenue M/S, 50
Portland OR 97210-3676, USA
Tel. 503-219-7832
Fax 503-219-4121
myron.burr@siltronic.com

2016-04-22

VIA E-MAIL

Harold R. Moore III
Nationwide Indemnity Company
Environmental Claim Unit
94 Lake Street
Salem, NH 03079

Re: **Siltronic Corporation's Independent Counsel Fees**
*Siltronic Corporation v. Employers Insurance Company of Wausau, et al.*
USDC Case No. *11-CV-1493-ST*
Our File No. 46454-38912

Dear Harold:

As you know, Judge Stewart's Second Amended Opinion and Order in the pending case unequivocally states that Wausau has a duty to defend Siltronic Corporation under the 1978-79 Policy, which was triggered by Siltronic's 2003 tender of defense to Wausau. That ruling was issued before Siltronic tendered, on March 23, 2016, its additional demand for defense related to the recent discovery of dioxin-contaminated groundwater and soil located at the Siltronic property.

Under either circumstance, Siltronic is due at least defense from Wausau. Please confirm that Wausau will, at last, immediately undertake its defense obligations, with or without a reservation of rights as you deem appropriate. If the former, Siltronic will respond.

Your prompt attention to this matter is appreciated. If I don't hear from you within 14 calendar days, I must assume that this demand is rejected and Siltronic must then proceed in that light.
Best regards,

Siltronic Corporation

Myron Burr, PE
Sr. Manager EHS

Exhibit 1
Page 1 of 2



Page 2 of 2

cc: Christopher L. Reive
    Robert Horkovich
    Bryan M. Barber
    W. David Campagne
    Steven Soha
    Gary V. Abbott

Exhibit 1
Page 2 of 2