

Myron Burr
Sr. Mgr. EHS

Siltronic Corporation
7200 NW Front Avenue M/S, 50
Portland OR 97210-3676, USA
Tel. 503-219-7832
Fax 503-219-4121
myron.burr@siltronic.com

2016-04-28

VIA E-MAIL

Harold R. Moore III
Nationwide Indemnity Company
Environmental Claim Unit
94 Lake Street
Salem, NH 03079

Re:   Supplement to April 22, 2016 Letter
      *Siltronic Corporation v. Employers Insurance Company of Wausau, et al.*
      USDC Case No. *11-CV-1493-ST*
      Our File No. 46454-38912

Dear Harold:

Further to my earlier letter (attached), which demands defense from Wausau pursuant to the court's Second Amended Opinion and Order with regard to its obligations under the 1978-79 Policies, I attach for your information a spreadsheet summary of Granite State's accounting of all such costs that Granite State has declined for payment or reimbursement for the stated reason that such costs relate solely to actions to address "MGP-Only." Although Siltronic does not concede either this factual characterization or the import assigned to this distinction by either Wausau or Granite State, at a minimum these costs are reimbursable as defense costs under the existing court Order. Also, please note that Siltronic may have a difference with this accounting by Granite State. However, we believe that this accounting is the minimum due to Siltronic. So, as previously requested, please confirm that Wausau will immediately commit to prompt reimbursement of the attached costs as defense costs under the 78-79 Policies, and to undertake future defense for the same reason.

Also as before, your prompt attention to this matter is appreciated.

Best regards,

Siltronic Corporation

Myron Burr, PE
Sr. Manager EHS

Exhibit 3
Page 1 of 3



Page 2 of 2

cc:  Christopher L. Reive
     Robert Horkovich
     Bryan M. Barber
     W. David Campagne
     Steven Soha
     Gary V. Abbott

Exhibit 3
Page 2 of 3

SILTRONIC - SUMMARY OF MFA DEDUCTIONS

| INVOICE NO. | DATE | | ACTIVITY | INVOICE AMOUNT | Deduction |
|---|---|---|---|---|---|
| 13582 | Dec | 2009 | MFA - Remedial Investigation | $14,925.85 | $230.80 |
| 13716 | Jan | 2010 | MFA - Remedial Investigation | $18,031.35 | $996.80 |
| 13719 | Jan | 2010 | MFA - Source Area Bioremed | $68,093.21 | $138.55 |
| 13745 | Feb | 2010 | MFA - Remedial Investigation | $8,234.72 | $892.22 |
| 13747 | Feb | 2010 | MFA - Source Area Bioremed | $83,970.54 | $114.22 |
| 13918 | Mar | 2010 | MFA - Remedial Investigation | $4,431.22 | $627.50 |
| 13923 | Mar | 2010 | MFA - Source Area Bioremed | $57,914.14 | $26.63 |
| 14062 | Apr | 2010 | MFA - Remedial Investigation | $20,063.68 | $6,643.03 |
| 14021 | Apr | 2010 | MFA - Source Area Bioremed | $94,663.21 | $375.39 |
| 14070 | May | 2010 | MFA - Remedial Investigation | $4,133.75 | $300.00 |
| 14205 | Jun | 2010 | MFA - Early Action | $9,545.00 | $1,162.50 |
| 14202 | Jun | 2010 | MFA - Remedial Investigation | $8,202.78 | $1,109.85 |
| 14204 | Jun | 2010 | MFA - Source Area Bioremed | $44,658.98 | $219.44 |
| 14300 | Jul | 2010 | MFA - Early Action | $9,572.50 | $3,435.00 |
| 14411 | Aug | 2010 | MFA - Source Area Bioremed | $40,641.78 | $362.11 |
| 14518 | Sep | 2010 | MFA - Remedial Investigation | $6,100.41 | $1,147.50 |
| 14520 | Sep | 2010 | MFA - Source Area Bioremed | $79,972.03 | $171.34 |
| 14713 | Oct | 2010 | MFA - Allocation Support | $12,056.20 | $370.95 |
| 14712 | Oct | 2010 | MFA - Early Action | $32,425.08 | $351.98 |
| 14709 | Oct | 2010 | MFA - Remedial Investigation | $8,417.35 | $851.50 |
| 14735 | Nov | 2010 | MFA - Allocation Support | $4,103.13 | $170.33 |
| 14734 | Nov | 2010 | MFA - Early Action | $61,056.25 | $2,597.50 |
| 14732 | Nov | 2010 | MFA - Remedial Investigation | $9,262.23 | $3,865.25 |
| 14733 | Nov | 2010 | MFA - Source Area Bioremed | $58,498.64 | $368.29 |
| 15030 | Jan | 2011 | MFA - Allocation Support | $19,300.15 | $11.04 |
| 15024 | Jan | 2011 | MFA - Remedial Investigation | $18,776.50 | $1,057.78 |
| 14994 | Jan | 2011 | MFA - Source Area Bioremed | $90,313.50 | $968.26 |
| 15073 | Feb | 2011 | MFA - Source Area Bioremed | $57,621.97 | $205.64 |
| 15161 | Mar | 2011 | MFA - Source Area Bioremed | $44,901.52 | $366.13 |
| 15302 | Apr | 2011 | MFA - Remedial Investigation | $20,547.55 | $5,957.90 |
| 15392 | May | 2011 | MFA - Remedial Investigation | $6,734.37 | $2,055.00 |
| 15507 | Jun | 2011 | MFA - Allocation Support | $6,796.76 | $6.16 |
| 15505 | Jun | 2011 | MFA - Source Area Bioremed | $100,209.28 | $216.48 |
| 15621 | Jul | 2011 | MFA - Remedial Investigation | $7,429.98 | $436.23 |
| 15622 | Jul | 2011 | MFA - Source Area Bioremed | $239,695.92 | $387.93 |
| 15751 | Aug | 2011 | MFA - Source Area Bioremed | $66,899.37 | $376.88 |
| 16451 | Feb | 2012 | MFA - Remedial Investigation | $4,693.75 | $23.75 |
| 16452 | Feb | 2012 | MFA - Feasibility Study | $248.75 | $248.75 |
| 16585 | Mar | 2012 | MFA - Remedial Investigation | $9,421.05 | $4,888.75 |
| 17165 | Jul | 2012 | MFA - Remedial Investigation | $12,745.80 | $47.50 |
| 17799 | Nov | 2012 | MFA - Source Area Bioremed | $51,454.41 | $1,248.35 |
| 18077 | Jan | 2013 | MFA - Source Area Bioremed | $27,766.03 | $100.00 |
| 18513 | Apr | 2013 | MFA - Remedial Investigation | $10,778.75 | $2,421.56 |
| 18514 | Apr | 2013 | MFA - Feasibility Study | $24,113.41 | $1,044.07 |
| 19119 | Aug | 2013 | MFA - Feasibility Study | $14,036.60 | $1,321.92 |
| 19637 | Nov | 2013 | MFA - Source Area Bioremed | $19,178.55 | $93.00 |
| 19763 | Dec | 2013 | MFA - Remedial Investigation | $98,839.24 | $1,318.58 |
| 19764 | Dec | 2013 | MFA - Feasibility Study | $16,217.85 | $2,048.75 |
| 19766 | Dec | 2013 | MFA - Early Action | $441.25 | $441.25 |
| 19921 | Jan | 2014 | MFA - Early Action | $256.25 | $256.25 |
| 20285 | Mar | 2014 | MFA - Remedial Investigation | $12,126.05 | $461.00 |
| 20288 | Mar | 2014 | MFA - Early Action | $1,501.25 | $1,501.25 |
| 20433 | Apr | 2014 | MFA - Remedial Investigation | $18,045.69 | $5,236.14 |
| 20673 | Apr | 2014 | MFA - Early Action | $1,467.85 | $1,467.85 |
| 20629 | May | 2014 | MFA - Early Action | $626.25 | $626.25 |
| 20818 | Jun | 2014 | MFA - Remedial Investigation | $20,254.20 | $2,302.50 |
| 22716 | Mar | 2015 | MFA - Remedial Investigation | $93,840.45 | $26.40 |
| 23227 | May | 2015 | MFA - Remedial Investigation | $118,781.79 | $216.15 |
| 23637 | Jul | 2015 | MFA - Remedial Investigation | $81,379.91 | $119.75 |
| | | | Totals | $2,076,416.03 | $66,033.88 |