

Myron Burr
Sr. Mgr. EHS

Siltronic Corporation
7200 NW Front Avenue M/S, 50
Portland OR 97210-3676, USA
Tel. 503-219-7832
Fax 503-219-4121
myron.burr@siltronic.com

2016-06-15

VIA E-MAIL

Harold R. Moore III
Nationwide Indemnity Company
Environmental Claim Unit
94 Lake Street
Salem, NH 03079

Re:  **Supplement to June 9, 2016 Letter**
     *Siltronic Corporation v. Employers Insurance Company of Wausau, et al.*
     USDC Case No. 11-CV-1493-ST
     Our File No. 46454-38912

Dear Harold:

Further to my earlier letter (attached), dated June 9, 2016, demanding payment of defense costs disallowed by Granite State, I attach for your information the following correspondence:

- Letter dated June 13, 2016 from Daniel Maunz of AIG reducing its payment of MFA Invoices #25543, #25546 and #25547 (by a total of $77,370.57) because the costs allegedly relate to "pre-1978 Historical Contamination" or "Historical Contamination;"

- Letter dated June 14, 2016 from Daniel Maunz of AIG reducing its payment of Oregon Department of Environmental Quality (DEQ) invoices HSRAF16-1889, HSRAF16-2220, HSRAF16-2540 and HSRAF16-2847 (totaling $12,853.99) because they allegedly relate to "pre-1978 Historical Contamination" or "Historical Contamination."

Although Siltronic does not concede either this factual characterization or the import assigned to this distinction by either Wausau or Granite State, at a minimum all of these costs are reimbursable as defense costs under the existing court Order.

As previously demanded, please confirm that Wausau will immediately commit to prompt reimbursement of all the costs described herein and in the referenced previous correspondence as defense costs under the 78-79 Policies, and to undertake future defense for the same reason.

Exhibit 5
Page 1 of 8



Page 2 of 2

Also, as before, your prompt attention to this matter is appreciated.

Best regards,

Siltronic Corporation

Myron Burr, PE
Sr. Manager EHS

Enclosures

cc:   Neil Nelson
      Christopher L. Reive
      Robert Horkovich

Exhibit 5
Page 2 of 8



Myron Burr
Sr. Mgr. EHS

Siltronic Corporation
7200 NW Front Avenue M/S, 50
Portland OR 97210-3676, USA
Tel. 503-219-7832
Fax 503-219-4121
myron.burr@siltronic.com

2016-06-09

VIA E-MAIL

Harold R. Moore III
Nationwide Indemnity Company
Environmental Claim Unit
94 Lake Street
Salem, NH 03079

Re:  Supplement to April 22, 2016 Letter
     *Siltronic Corporation v. Employers Insurance Company of Wausau, et al.*
     USDC Case No. 11-CV-1493-ST
     Our File No. 46454-38912

Dear Harold:

Further to my earlier letter (attached), which demands defense from Wausau pursuant to the court's Second Amended Opinion and Order with regard to its obligations under the 1978-79 Policies, I attach for your information the following correspondence:

- Letter dated May 2, 2016 from Daniel Maunz of AIG reducing its payment of MFA invoices #24949, #24952 and #24953 (by a total of $14,068.75) because the costs allegedly "relate to pre-1978 Historical Contamination;"

- Letter dated May 3, 2016 from Daniel Maunz of AIG reducing its payment of MFA invoices 25361 and 25362 (totaling $37,353.75) because the costs allegedly "relate to pre-1978 Historical Contamination" and "Historical Contamination," respectively.

Although Siltronic does not concede either this factual characterization or the import assigned to this distinction by either Wausau or Granite State, at a minimum these costs are reimbursable as defense costs under the existing court Order.

As previously requested, please confirm that Wausau will immediately commit to prompt reimbursement of the attached costs as defense costs under the 78-79 Policies, and to undertake future defense for the same reason.

Exhibit 5
Page 3 of 8



Page 2 of 2

Also, as before, your prompt attention to this matter is appreciated.

Best regards,

Siltronic Corporation

Myron Burr, PE
Sr. Manager EHS

cc:  Neil Nelson
     Christopher L. Reive
     Robert Horkovich

Exhibit 5
Page 4 of 8



AIG Property Casualty
Complex Casualty Claims
P.O. Box 305904
Nashville TN 37230-2904
www.aig.com

Daniel M. Maunz
Senior Analyst
T 212 458-5743
F 855 611-8175
Daniel.Maunz@aig.com

June 13, 2016

**BY EMAIL: myron.burr@siltronic.com**
Siltronic Corporation
Attn: Myron Burr
7200 NW Front Avenue
Portland, OR 97210

Dear Mr. Burr:

We have reviewed the invoices referenced below and approved payment in the amount of $189,429.39, which represents AIG's 100% share.

| Invoice # | Total Billed | Deductions | Approved | AIG 100% Share |
|---|---|---|---|---|
| 25543 | $140,751.90 | $ 4,315.00 | $136,436.90 | $136,436.90 |
| 25544 | $ 16,841.37 | $ 0 | $ 16,841.37 | $ 16,841.37 |
| 25545 | $ 27,035.94 | $ 0 | $ 27,035.94 | $ 27,035.94 |
| 25546 | $ 4,617.50 | $ 4,617.50 | $ 0.00 | $ 0.00 |
| 25547 | $ 77,553.25 | $68,438.07 | $ 9,115.18 | $ 9,115.18 |
| Total | $266,799.96 | $77,370.57 | $189,429.39 | $189,429.39 |

In regard to Invoice #25543, Remedial Investigation, Task 2B: Gasco Impacts Assessment Field Oversight and Task 23: Ecological Risk Assessment, we deducted $1,292.50 and $3,022.50, respectively (totaling $4,315.00), as these activities are only related to pre-1978 Historical Contamination. Further, in regard to Invoice #25546, Early Action Support, Task 1: Negotiations Support and Task 6: Project Management, we deducted $4,600.00 and $17.50, respectively (totaling $4,617.50), as these activities are only related to Historical Contamination. Finally, in regard to Invoice #25547, Allocation Support, Task 2: Forensic Analysis; Task 5: PCI Data Evaluation; Task 6: NRDA Analysis; and Task 7: Negotiations Support, we deducted $3,030.00, $51,934.92, $13,048.15 and $425.00, respectively (totaling $68,438.07), as these activities are only related to Historical Contamination.

Please be advised that the approved payment will be made under separate cover and may consist of multiple checks. Should you have any questions, please don't hesitate to contact me at (212) 458-5743.

Exhibit 5
Page 5 of 8



Sincerely,

*[signature]*

Daniel M. Maunz
Senior Analyst
Complex Casualty Claims

Exhibit 5
Page 6 of 8



AIG Property Casualty
Complex Casualty Claims
P.O. Box 305904
Nashville, TN 37230-2904
www.aig.com

Daniel M. Maunz
Senior Analyst
T 212 458-5743
F 855 611-8175
Daniel.Maunz@aig.com

June 14, 2016

**BY EMAIL: myron.burr@siltronic.com**
Siltronic Corporation
Attn: Myron Burr
7200 NW Front Avenue
Portland, OR 97210

Dear Mr. Burr:

We have reviewed the Oregon Department of Environmental Quality (ODEQ) invoices referenced below and approved payment in the amount of $13,611.48, which represents AIG's 100% share.

| Invoice # | Total Billed | Deductions | Approved | AIG 100% Share |
|---|---|---|---|---|
| HSRAF16-1569 | $ 4,025.13 | $ 0.00 | $ 4,025.13 | $ 4,025.13 |
| HSRAF16-1889 | $ 6,114.44 | $ 3,861.75 | $ 2,252.69 | $ 2,252.69 |
| HSRAF16-2220 | $ 7,719.96 | $ 7,719.96 | $ 0.00 | $ 0.00 |
| HSRAF16-2540 | $ 2,096.03 | $ 392.67 | $ 1,703.36 | $ 1,703.36 |
| HSRAF16-2847 | $ 6,509.91 | $ 879.61 | $ 5,630.30 | $ 5,630.30 |
| Total | $ 26,465.47 | $12,853.99 | $ 13,611.48 | $ 13,611.48 |

In regard to Invoice #HSRAF16-1889, we deducted $3,861.75, as 3.5 out of 19 hours were spent on investigation activities for pre-1978 Historical Contamination only and 8.5 out of 19 hours were spent on evaluation of MGP wastes generated by the Hydraulic Control System, so that those hours were associated with Historical Contamination remediation only (i.e., 12/19 * $6114.44 = $3,861.75).

In regard to Invoice #HSRAF16-2220, we deducted $7,719.96, as all of the described work on this invoice related to pre-1978 Historical Contamination issues.

In regard to Invoice #HSRAF16-2540, we deducted $392.67, as 100% of the ODEQ charges were associated with Historical Contamination remediation.

Exhibit 5
Page 7 of 8



In regard to Invoice #HSRAF16-2847, we deducted $879.61, as 5 out of 15.3 hours were spent on evaluation of issues associated with MGP tar management, so that those hours were associated with Historical Contamination remediation only (i.e., 5/15.3 * $2,691.62 = $879.61).

Please be advised that the approved payment will be made under separate cover and may consist of multiple checks. Should you have any questions, please don't hesitate to contact me at (212) 458-5743.

Sincerely,

Daniel M. Maunz
Senior Analyst
Complex Casualty Claims

Exhibit 5
Page 8 of 8